IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

OLIVIA CROCKER, ADMINISTRATRIX
OF THE ESTATE OF WALTER L. CROCKER, JR.,
 DECEASED,

        Plaintiff,

        v.                          Docket No.: 2:07-cv-964

COMBINED INSURANCE COMPANY        Honorable Donetta W. Ambrose
OF AMERICA; AON CORPORATION,        Chief Judge, U.S. District Court
t/d/b/a COMBINED INSURANCE
COMPANY OF AMERICA; and
COMBINED INSURANCE,

        Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) (1), the Plaintiff, Olivia Crocker, Administratrix of the Estate of Walter L. Crocker, Deceased; and, Defendants, Combined Insurance Company of America; AON Corporation; and Combined Insurance, voluntarily execute this Stipulation of Dismissal, indicating for the record that this action is hereby dismissed.

| | |
|---|---|
| /s/ Monte J. Rabner | /s/ Christopher J. Soller |
| Monte J. Rabner, Esquire | Christopher J. Soller, Esquire |
| Rabner Law Offices, P.C. | Reed Smith LLP |
| 429 Fourth Avenue, Suite 800 | 435 Sixth Avenue |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219-1886 |
| Phone: (412) 765-2500 | (412) 288-7286 |
| Fax: (412) 765-3900 | Fax: (412) 288-3063 |
| rabnerlaw@verizon.net | csoller@reedsmith.com |
| monte.rabnerlaw@verizon.net | Attorney for Defendants |
| Attorney for Plaintiff | |

                                              IT IS SO ORDERED:

                                        *Donetta F. Ambrose*  J.

                                        **Honorable Donetta W. Ambrose**
                                        **United States District Court Judge**